UTICA PARTITION CORPORATION, Respondent, *v.* JACKSON CONSTRUCTION COMPANY, Appellant, Impleaded with Others.

*Appeal — unanimous order of Appellate Division affirming order settling accounts — appeal therefrom dismissed.*

*Utica Partition Corpn.* v. *Jackson Constr. Co.,* 201 App. Div. 376, appeal dismissed.
(Argued October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first

judicial department, entered May 19, 1922, which unanimously affirmed an order of Special Term settling the accounts of a receiver.

The motion was made upon the grounds that the order appealed from was intermediate and that permission to appeal had not been obtained.

*J. Wilson Bryant* for motion.

*R. S. Johnson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.